| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Singal, George Z. | 2. Court or Organization<br><br>U.S. District Court Maine | 3. Date of Report<br><br>04/14/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>156 Federal Street<br>Portland, Maine 04101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Visitors | University of Maine Law School, Portland, Maine |
| 2. | Chairman, Brody Award | Colby College, Waterville, Maine |
| 3. | Board of Directors | Federal Judges Association |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

Singal, George Z.

| Name of Person Reporting | Date of Report |
|---|---|
| Singal, George Z. | 04/14/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | Social Worker, CHCS, Bangor, Maine |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | 5/2/09-5/4/09 | Washington, D.C. | meeting | lodging, meals and transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Singal, George Z. | 04/14/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Singal, George Z. | 04/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Amgen Inc. Common Stock | | None | K | T | | | | | |
| 2. Cisco Systems Common Stock | | None | K | T | | | | | |
| 3. Exxon Mobil Corp. Common Stock | A | Dividend | K | T | | | | | |
| 4. Intel Corp. Common Stock | A | Dividend | K | T | | | | | |
| 5. American Funds Small Cap Fund | A | Dividend | K | T | | | | | |
| 6. Franklin Small Cap Fund | A | Dividend | J | T | | | | | |
| 7. Templeton Foreign Fund | A | Dividend | K | T | | | | | |
| 8. U.S. Treasury Note | A | Dividend | J | T | | | | | |
| 9. General Electric Co. Common Stock | A | Dividend | J | T | | | | | |
| 10. Hershey Foods Corp. Common Stock | A | Dividend | J | T | | | | | |
| 11. Microsoft Corp. Common Stock | A | Dividend | K | T | | | | | |
| 12. Pepsico Common Stock | A | Dividend | K | T | | | | | |
| 13. Proctor and Gamble Co. Common Stock | A | Dividend | K | T | | | | | |
| 14. Vodofone ADR Common Stock | A | Dividend | K | T | | | | | |
| 15. Pfizer Inc. Common Stock | A | Dividend | K | T | | | | | |
| 16. RMA Tax Free Fund | A | Interest | J | T | | | | | |
| 17. Maine State Housing Bond | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Singal, George Z. | 04/14/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Auburn Maine Bond | A | Interest | K | T | | | | | |
| 19. Maine Health Bond | A | Interest | K | T | | | | | |
| 20. Maine Health Bond | A | Interest | J | T | | | | | |
| 21. Euro Pacific Growth Fund | A | Dividend | K | T | | | | | |
| 22. Paine Webber Tax Free Fund | A | Interest | J | T | | | | | |
| 23. Vanguard Whole Market Fund | B | Dividend | M | T | | | | | |
| 24. Vanguard S & P Fund | A | Dividend | J | T | | | | | |
| 25. Dreyfus Premier Third Century Fund | A | Dividend | J | T | | | | | |
| 26. Blue Hill Terrace Real Estate Partnership | A | Dividend | J | W | | | | | |
| 27. Woodland Manor Real Estate Partnership | A | Dividend | J | W | | | | | |
| 28. Dreyfus S&P Fund | A | Dividend | K | T | | | | | |
| 29. WYE | A | Dividend | K | T | | | | | |
| 30. AIG | | None | J | T | | | | | |
| 31. BP | A | Dividend | J | T | | | | | |
| 32. EMC | | None | J | T | | | | | |
| 33. XOM | A | Dividend | K | T | | | | | |
| 34. DNA | | None | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |

2. Value Codes: (See Columns C1 and D3)
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
|---|---|---|---|
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | |

3. Value Method Codes (See Column C2)
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
|---|---|---|---|
| U =Book Value | V =Other | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Singal, George Z. | 04/14/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. GMH | | None | K | T | | | | | |
| 36. HD | A | Dividend | K | T | | | | | |
| 37. IBM | A | Dividend | K | T | | | | | |
| 38. JDSU | | None | J | T | | | | | |
| 39. LU | A | Dividend | J | T | | | | | |
| 40. MSFT | A | Dividend | J | T | | | | | |
| 41. Sprint Nextel | | None | J | T | | | | | |
| 42. NT | | None | J | T | | | | | |
| 43. PG | A | Dividend | J | T | | | | | |
| 44. WCOM | | None | J | T | | | | | |
| 45. Paine Webber Retirement Money Fund | A | Dividend | J | T | | | | | |
| 46. U.S. Treasury Note | B | Interest | K | T | | | | | |
| 47. Bank America Note | B | Interest | K | T | | | | | |
| 48. Household Finance Note | B | Interest | K | T | | | | | |
| 49. Franklin Small Cap Growth Fund | | None | J | T | | | | | |
| 50. Hartford Mid Cap Fund | A | Dividend | J | T | | | | | |
| 51. General Mills Note | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Singal, George Z. | 04/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Boeing Note | A | Interest | K | T | | | | | |
| 53. Agere Common Stock | A | Dividend | J | T | | | | | |
| 54. AT and T Common Stock | A | Dividend | J | T | | | | | |
| 55. Avaya Common Stock | A | Dividend | J | T | | | | | |
| 56. Bell South Common Stock | A | Dividend | J | T | | | | | |
| 57. Comcast Common Stock | A | Dividend | J | T | | | | | |
| 58. Lucent Common Stock | A | Dividend | J | T | | | | | |
| 59. NCR Corp. Common Stock | A | Dividend | J | T | | | | | |
| 60. Qwest Common Stock | A | Dividend | J | T | | | | | |
| 61. Verizon Common Stock | A | Dividend | J | T | | | | | |
| 62. Stanley Works Common Stock | A | Dividend | J | T | | | | | |
| 63. Abbington Tanker | A | Dividend | J | T | | | | | |
| 64. Double Hull Tanker | A | Dividend | J | T | | | | | |
| 65. I-Shares EWJ | A | Dividend | J | T | | | | | |
| 66. MMM | A | Dividend | J | T | | | | | |
| 67. Vanguard Tax Free Fund | D | Dividend | L | T | | | | | |
| 68. Home Depot Inc. Common Stock | A | Dividend | J | T | | | | | |

1. Income Gain Codes:
(See Columns B1 and D4)

| A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|
| F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |

2. Value Codes
(See Columns C1 and D3)

| J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 |
|---|---|---|---|
| N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 |
| P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | |

3. Value Method Codes
(See Column C2)

| Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market |
|---|---|---|---|
| U = Book Value | V = Other | W = Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Singal, George Z. | 04/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vodofone Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Singal, George Z. | 04/14/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
| --- | --- |
| Singal, George Z. | 04/14/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544